

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00077-CV

_____

BRANDY RICHARDS, Appellant

V.

RFI THE PINNACLE LLC, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2024-00361-JP

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on July 5, 2024. On July 15, 2024, we notified appellant that her brief had not been filed as the appellate rules require.[1] *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, on or before July 25, 2024, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: August 8, 2024

---

[1]In other correspondence with appellant, we notified her that her docketing statement had not been filed and directed her to file a docketing statement. *See* Tex. R. App. P. 32.1. Despite that correspondence, appellant has not filed a docketing statement.